IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                      Case No. 19-02188-RNO
                                                             Chapter 13

JAMES EDWARD GROGAN
AKA JAMES E. GROGAN

Debtor(s).

## NOTICE OF APPEARANCE

**Bayview Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                            By:      */s/ Christopher M. McMonagle, Esquire*
                                                                     Christopher M. McMonagle, Esquire,
                                                                     Bar No: 316043
                                                                     Stern & Eisenberg, PC
                                                                     1581 Main Street, Suite 200
                                                                     The Shops at Valley Square
                                                                     Warrington, PA 18976
                                                                     Phone: (215) 572-8111
                                                                     Fax: (215) 572-5025
                                                                     cmcmonagle@sterneisenberg.com
                                                                     Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 10th day of September, 2019, to the following:

Vern S. Lazaroff
PO Box 1108
143 Pike Street
Port Jervis, NY 12771
pabankruptcy@vernlazaroff.com
*Attorney for Debtor(s)*


Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

James Edward Grogan
aka James E. Grogan
223 Wildmeadow Drive
Milford, PA 18337
*Debtor(s)*


                                      By:     */s/Christopher M. McMonagle, Esquire*