```
                         United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                      Case No. 19-02188-RNO
James Edward Grogan                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
```
db            +James Edward Grogan,    223 Wildmeadow Drive,    Milford, PA 18337-6406
cr            +Bayview Loan Servicing, LLC,   c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
               Warrington, PA 18976-3403
5201123       +Bon Secours Community Hospital,    PO Box 742791,   Atlanta, GA 30374-2791
5201124        Bon Secours Medical Group,    20 Grand Street Fl. CBO,    Warwick, NY 10990-1035
5201127       +Jacqueline Grogan,    223 Wild Meadow Drive,    Milford, PA 18337-6406
5201132       +North Shore Agency,    270 Spagnoli Rd., Ste. 110,    Melville, NY 11747-3515
5201133        Radiology Advantage NJ PA,    PO Box 2044,   Indianapolis, IN 46206-2044
5201134       +Stern & Eisenberg , PC,    1581 Main St., Ste. 200,    Warrington, PA 18976-3403
5201136       +Tri County Ear, Nose & Throat,    650 Park Street,    Honesdale, PA 18431-1470
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5244649       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 05 2020 19:20:17
               Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd.,    Coral Gables, FL 33146-1873
5228338       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 05 2020 19:20:17
               Bayview Loan Servicing, LLC,   4425 Ponce De Leon Boulevard, 5th Floor,
               Coral Gables, FL 33146-1873
5207554        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 19:29:44      CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5201126        E-mail/Text: ering@cbhv.com Mar 05 2020 19:20:11     Collection Bureau Hud Val,
               155 N Plank Road,   Newburgh, NY 12550-1747
5201128        EDI: JEFFERSONCAP.COM Mar 06 2020 00:18:00     Jefferson Capital System,   16 McLeland Road,
               Saint Cloud, MN 56303
5201128        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 05 2020 19:20:16      Jefferson Capital System,
               16 McLeland Road,   Saint Cloud, MN 56303
5201129        E-mail/Text: camanagement@mtb.com Mar 05 2020 19:20:08     M & T Bank,   One Fountain Plaza,
               Buffalo, NY 14203
5207075        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 05 2020 19:30:12      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5201130       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 05 2020 19:29:15      Merrick Bank Corp.,
               PO Box 9201,   Old Bethpage, NY 11804-9001
5201131       +EDI: MID8.COM Mar 06 2020 00:18:00     Midland Funding,   2365 Northside Dr. Ste 300,
               San Diego, CA 92108-2709
5201135       +E-mail/Text: brittany@sunriselake.org Mar 05 2020 19:20:22      Sunrise Lake POA,
               101 Sunrise Lake,   Milford, PA 18337-9741
5201137        EDI: VERIZONCOMB.COM Mar 06 2020 00:18:00     Verizon Wireless,    PO Box 26055,
               Minneapolis, MN 55426-0055
                                                                            TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5201125*       Bon Secours Medical Group,    20 Grand Street   FL CBO,    Warwick, NY 10990-1035
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Christopher M. McMonagle   on behalf of Creditor   Bayview Loan Servicing, LLC
               cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
              James  Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff   on behalf of Debtor 1 James Edward Grogan  pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Edward Grogan,
aka James E. Grogan,

Chapter     13

**Debtor 1**

Case No.     5:19–bk–02188–RNO

### Order

    Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

    **ORDERED** that the case is hereby dismissed as to Debtor 1.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 5, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)